| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | CHARLES LEE, Bar #221057 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 6 | |
| | Attorneys for Defendant |
| 7 | WILLIAM THOMAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:17-cr-000292 LJO-SKO |
| | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | | |
| WILLIAM THOMAS, | | Date: November 26, 2018<br>Time: 10:00 a.m.<br>Judge: Honorable Dale A Drozd |
| | Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, October 22, 2018 at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, November 26, 2018 at 10:00 a.m.

The parties wish to continue sentencing in this matter at the request of defense counsel, to allow additional investigation stemming from mitigating information provided during the Pre-Sentence Report interview, which was not previously known to counsel. A continuance to November 26, 2018 will allow for completion of all investigation and for documentation of mitigating circumstances to be provided to the probation officer.

As Mr. Thomas has plead guilty, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: September 6, 2018          */s/ Megan T. Hopkins*
                                           MEGAN T. HOPKINS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           WILLIAM THOMAS

MCGREGOR SCOTT
United States Attorney

DATED: September 6, 2018          */s/ Angela Scott*
                                             ANGELA SCOTT
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, October 22, 2018 at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, November 26, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **September 7, 2018**                         /s/ Dale A. Drozd
                                                                    UNITED STATES DISTRICT JUDGE